# Court of Appeals
# of the State of Georgia

ATLANTA, October 01, 2024

*The Court of Appeals hereby passes the following order*

**A25I0037. RODNEY DEVEL HARRIS v. ANYA RENEE GRANT-MALCOLM, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF DAVID MALCOLM.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

22SV00106



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 01, 2024.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*